# RAWLE & HENDERSON LLP

ROBERT A. FITCH
212-323-7060
RFITCH@RAWLE.COM

14 WALL STREET
27TH FLOOR
NEW YORK, NY 10005

TELEPHONE:(212) 323-7070
FACSIMILE:(212) 323-7099

October 6, 2020

> Application granted in part. Defendant's time to serve and file a reply to Plaintiff's opposition papers is extended to and including October 19, 2020.
>
> The Clerk is respectfully directed to mail a copy of this Order to Plaintiff and to terminate the pending motion sequences at Docs. 171 and 174.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>         October 7, 2020

**VIA ECF**
The Hon. Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Antoine Simmons v. Wa[rd] [Medical] Center, John Doe Dr., Ja[ck] [Dr.] Teperman, Nurse Lee Ell[is,] [Yonkers] Police Department, Offic[er] McManus, Heide Mason, [...] W.C., Yonkers Police Of[ficers]
Docket No.: 7:17-cv-08886-KMK
Our File No.: 804519

Dear Honorable Judge Halpern:

We represent Frank Weber, D.D.S. in the above referenced matter.

Today, plaintiff's Opposition to Dr. Weber's Motion to Dismiss was uploaded to the Court's electronic filing site. Plaintiff's Opposition is untimely, since as per the Court's Order, plaintiff had until September 25, 2020 to file and serve Opposition (ECF #168). The Order set a deadline of October 2, 2020 for defendant's Reply to be served.

In light of plaintiff's untimely Opposition, we respectfully request that the Opposition not be considered by the Court. If the Court does consider plaintiff's Opposition, defendant, Dr. Weber, respectfully requests one week in which to submit Reply papers.

Thank you for your consideration of our application.

Very truly yours,

RAWLE & HENDERSON LLP

By: _____
Robert A. Fitch

RAF/IVF/sld

14114924-1

**Via Regular Mail**
ANTOINE T. SIMMONS
DIN No. 16A2341
CAPE VINCENT C.F. - Route 12E
P.O. Box 739
Cape Vincent, NY 13618
*Plaintiff Pro se*

**Via Regular Mail**
ANTOINE T. SIMMONS
DIN No. 16A2341
Collins Correctional Facility
P.O. Box 340
Collins, NY 14034-0340
*Plaintiff Pro se*

All remaining parties served by ECF

14114924-1