UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Antoine T. Simmons,

                              Plaintiff,                    **ORDER**

                   -against-                       17 Civ. 8886 (PMH) (AEK)

Heide Mason, et al.,

                              Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      For the third time this month (May 7, 2021, May 17, 2021, and today, May 25, 2021), Plaintiff failed to appear for a scheduled telephonic conference with the Court. See Docket Sheet, Minute Entries for 05/07/2021, 05/17/2021, and 05/25/2021. According to counsel for Defendants, Plaintiff also has failed to satisfy his obligations to provide discovery responses and signed HIPAA authorizations to Defendant Dr. Weber as ordered by Judge Halpern in his Memorandum Opinion and Order, see ECF No. 184, and has failed to respond to discovery-related correspondence that was mailed to him by counsel for the Yonkers Police Officer Defendants.

      As a result of Plaintiff's failure to appear at court conferences, as well as his ongoing failure to comply with the discovery-related obligations and orders, the Court has granted Defendants the opportunity to file motions to dismiss for failure to prosecute. Defendants are to serve and file letter motions, with accompanying declarations, **by no later than June 4, 2021**. Plaintiff's opposition papers are to be served and filed **by no later than June 18, 2021**.

The Clerk of the Court is directed to mail a copy of this Order, as well as a copy of the current docket sheet, to pro se Plaintiff at his address of record.

Dated: May 25, 2021
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge