**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTOINE T. SIMMONS,

                       Plaintiff,                     17 **CIVIL** 8886 (PMH)(AEK)

       -against-                                **JUDGMENT**

HEIDE MASON, et al.,
                       Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 31, 2022, upon a careful and complete review, the Court finds no clear error in Magistrate Judge Krause's thorough and well-reasoned analysis, and the R&R is adopted in its entirety. Consequently, Defendants' motions to dismiss for failure to prosecute are GRANTED and this matter is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           May 31, 2022

                                                         **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                                 **BY:**   *K. Mango*

                                                            **Deputy Clerk**